# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

D. Patrick Daniel, Jr.
Attorney at Law
P. O. Drawer 51709
Lafayette LA 70505-1709

**REHEARING ACTION: December 30, 2014**

**Docket Number: 14   00738-CA**

**LARRY TOLLIVER**
**VERSUS**
**BOB BROUSSARD, ET AL.**

**Appealed from Lafayette Parish Case No. C-20136250**

**BEFORE JUDGES**:

**Hon. Ulysses Gene Thibodeaux**
**Hon. Sylvia R. Cooks**
**Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **D. Patrick Daniel, Jr.** has this day been

**DENIED.**

cc: Gracella Gail Simmons, Counsel for the Appellee
    James Huey Gibson, Counsel for the Appellee
    Jennifer A. Rodriguez, Counsel for the Appellant
    Larry Tolliver, Counsel for the Appellant